PS 42
(Rev 07/93)

## United States District Court

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP - 2 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **William Austin Vickers** ) | Case No. 4:09CR00278-04 WRW |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, William Austin Vickers, have discussed with Kay L. Aist, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant must undergo medical or psychiatric treatment: submit to mental health counseling.

I consent to this modification of my release conditions and agree to abide by this modification.

_Austin Vickers_  8/23/10   _Kay Aist_ U.S.P.O.   8/09/10
Signature of Defendant   Date   Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   9.1.10
Signature of Defense Counsel   Date

[✓]  The above modification of conditions of release is ordered, to be effective on 9/2/10.

[ ]  The above modification of conditions of release is **not** ordered.

_[signature]_   9/2/10
Signature of Judicial Officer   Date